ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| Pratt & Whitney Rocketdyne, Inc. ) | ASBCA Nos. 58307, 58805 |
| ) | |
| Under Contract No. NAS8-01140 *et al.* ) | |

APPEARANCE FOR THE APPELLANT:     Terry L. Albertson, Esq.
                                                          Crowell & Moring LLP
                                                          Washington, DC

APPEARANCES FOR THE GOVERNMENT:     E. Michael Chiaparas, Esq.
                                                                 DCMA Chief Trial Attorney
                                                              Carol L. Matsunaga, Esq.
                                                                 Trial Attorney
                                                                 Defense Contract Management Agency
                                                                 Carson, CA

ORDER OF DISMISSAL

The dispute has been settled.

The appeals are dismissed with prejudice.

Dated: 13 January 2014

CHERYL L. SCOTT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58307, 58805, Appeals of Pratt & Whitney Rocketdyne, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals